# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUY S. ADAMS,<br><br>　　　　Petitioner,<br><br>　v.<br><br>DOMINGO URIBE, JR., Warden,<br><br>　　　　Respondent. | No. SACV 11-993-GAF (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: March 7, 2013　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　GARY A. FEESS
　　　　　　　　　　　　　　　　United States District Judge